1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   DAVID R. CALLAWAY (CABN 121782)
3  Chief, Criminal Division

4  AMBER S. ROSEN (CABN 160380)
   Special Assistant United States Attorney
5
       150 Almaden Boulevard, Suite 900
6      San Jose, California 95113
       Telephone: (408) 535-5061
7      Fax: (408) 535-5066
       Amber.Rosen@usdoj.gov
8
   Attorneys for United States of America
9

**Filed**

MAY 2 2 2015

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

10             UNITED STATES DISTRICT COURT

11            NORTHERN DISTRICT OF CALIFORNIA

12                  SAN JOSE DIVISION

13
   UNITED STATES OF AMERICA,          )  NO. CR 12-00573 EJD
14                                     )
              Plaintiff,               )  MOTION FOR DISMISSAL
15                                     )
       v.                             )
16                                     )
   JOSE FLORES-ORTEGA,                 )
17                                     )
              Defendant.               )
18  _____)

19
       With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United
20
   States Attorney for the Northern District of California dismisses the Indictment without prejudice in the
21
   above-referenced case.
22

23  DATED: May 20, 2015                     Respectfully submitted,

24                                          MELINDA HAAG
                                            United States Attorney
25

26
                                                    /s/
27                                          AMBER ROSEN
                                            Assistant United States Attorney
28


MOTION FOR DISMISSAL (CR 12-00573 EJD)

1    Leave is granted to the government to dismiss the Indictment.

2

3

4    Date:   5/22/15

5                                           THE HONORABLE EDWARD J. DAVILA
                                            United States District Judge
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MOTION FOR DISMISSAL (CR 12-00573 EJD)